## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-1914

**Caption [use short title]**

**Motion for:** Extension to submit Plaintiff-Appellant's Opening Brief

**Set forth below precise, complete statement of relief sought:**

A first extension of time to file Plaintiff-Appellant's opening brief, extending the current due date from, Tuesday, October 29, 2024, until Friday, December 13, 2024 (45 days).

NEWMAN v. JPMORGAN CHASE BANK, N.A.

**MOVING PARTY:** PLAINTIFF-APPELLANT SARI NEWMAN
**OPPOSING PARTY:** DEFENANT-APPELLEE JPMORGAN CHASE BANK, N.A.

[✓] Plaintiff
[ ] Defendant
[ ] Appellant/Petitioner
[ ] Appellee/Respondent

**MOVING ATTORNEY:** Evan S. Rothfarb
**OPPOSING ATTORNEY:** Thomas E. Stagg

[name of attorney, with firm, address, phone number and e-mail]

Schlanger Law, Group, LLP
60 East 42nd Street, 46th Floor, New York, NY 10165
212-500-6114; erothfarb@consumerprotection.net

Stagg Wabnik Law Group LLP
401 Franklin Avenue, Suite 300, Garden City, NY 11530
516-812-4550; tstagg@staggwabnik.com

**Court- Judge/ Agency appealed from:** U.S. District Court for the S.D.N.Y., The Honorable Jesse M. Furman, U.S.D.J.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):_____

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [✓] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this court?  [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [ ] Yes  [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date:_____

**Signature of Moving Attorney:**

*Evan S. Rothfarb* (signature)   **Date:** 10/22/2024   **Service by:** [✓] CM/ECF   [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 24-1914

## In the United States Court of Appeals for the Second Circuit

───────────────────────────────

SARI E. NEWMAN,

                                                                *Plaintiff-Appellant,*

v.

JPMORGAN CHASE BANK, N.A.,

                                                                *Defendant -Appellee.*

───────────────────────────────

On Appeal from the United States District Court
for the Southern District of New York
Case No. 22-cv-6948 (The Honorable Jesse M. Furman)

---

### PLAINTIFF-APPELLANT SARI E. NEWMAN'S MOTION FOR EXTENSION OF TIME TO SUBMIT APPELLANT'S OPENING BRIEF

---

Plaintiff-Appellant Sari E. Newman respectfully requests that the Court grant an extension of time to file the Appellant's opening brief in this matter, extending the current due date from Tuesday, October 29, 2024, to Friday, December 13, 2024 (45 days).

2

As set forth in the accompanying Declaration of Evan S. Rothfarb, this request is unopposed and being made due to recent medical complications affecting Appellant's principal appellate counsel and his spouse.

For the foregoing reasons, this unopposed motion should be granted.

Dated: October 22, 2024

Respectfully submitted,

*/s/ Evan S. Rothfarb*
Evan S. Rothfarb
Schlanger Law Group LLP
60 East 42nd Street, 46th Floor
New York, NY 10165
T: 212-500-6114
F: 646-612-7996
erothfarb@consumerprotection.net

*Counsel for Plaintiff-Appellant*

## DECLARATION OF EVAN S. ROTHFARB

Evan S. Rothfarb hereby declares, pursuant to 28 U.S.C. § 1746, that the following facts are truthful:

1. I make this Declaration in support of Appellant Sari E. Newman's Motion for Extension of Time to Submit Appellant's Opening Brief, seeking an extension of 45 days.

2. I am duly admitted to practice law in the United States Court of Appeals for the Second Circuit.

3. I am an attorney at Schlanger Law Group, LLP, where I am the principal counsel for Appellant Sari E. Newman in the above referenced matter, and, as such, am familiar with the facts and documents relevant to this appeal.

4. I have recently experienced a health complication that has caused significant interference with my practice, including the preparation of the opening appellate brief in this matter.

5. Additionally, in the last week, my spouse sustained a serious injury and has required care and significant assistance as a result.

6. This is the first request made for an extension of the briefing schedule in this matter.

7. JPMorgan Chase Bank, N.A. is the sole Appellee in this appeal and its counsel consents to the above extension request.

8. If granted, the extension will not cause undue delay in the disposition of this appeal.

9. No oral argument date has been set, nor are there other preset deadlines that will be impacted by this request extension.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 22, 2024

*/s/ Evan S. Rothfarb*
Evan S. Rothfarb
Schlanger Law Group LLP
60 East 42nd Street, 46th Floor
New York, NY 10165
T: 212-500-6114
F: 646-612-7996
erothfarb@consumerprotection.net

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF COMPLIANCE

This motion, including the accompanying declaration, comply with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 81 words, excluding the parts exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

Dated: October 22, 2024

/s/ Evan S. Rothfarb
Evan S. Rothfarb
Schlanger Law Group LLP
60 East 42nd Street, 46th Floor
New York, NY 10165
T: 212-500-6114
F: 646-612-7996
erothfarb@consumerprotection.net

*Counsel for Plaintiff-Appellant*