# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of October, two thousand twenty-four.

Before:      William J. Nardini,
                    *Circuit Judge.*

---

Sari E. Newman,

        Plaintiff - Appellant,

  v.

JPMorgan Chase Bank, N.A.,

        Defendant - Appellee.

---

**ORDER**

Docket No. 24-1914

     Appellant moves for a 45-day extension to December 13, 2024 to file the opening brief.

     IT IS HEREBY ORDERED that the motion is GRANTED, on consent.

                                                     For the Court:
                                                   Catherine O'Hagan Wolfe,
                                                   Clerk of Court