# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of December, two thousand twenty-four.

---

Sari E. Newman,

   Plaintiff - Appellant,

 v.

JPMorgan Chase Bank, N.A.,

   Defendant - Appellee,

---

**ORDER**

Docket No. 24-1914

  National Consumer Law Center moves for leave to file an amicus brief in support of the Appellant.

  IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

            For the Court:

            Catherine O'Hagan Wolfe,
            Clerk of Court