UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-1914

**Motion for:** Postponement of Oral Argument

**Caption [use short title]**

Set forth below precise, complete statement of relief sought:

Reschedule the oral argument in this case from November 4, 2025, to any of the following dates: November 6-7, 2025, or November 10-14, 2025.

Newman v. JPMorgan Chase Bank, N.A.

**MOVING PARTY:** Defendant-Appellee JPMorgan Chase, Bank N.A.
**OPPOSING PARTY:** Plaintiff-Appellant Sari E. Newman

☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ✔ Appellee/Respondent

**MOVING ATTORNEY:** Julia B. Strickland
**OPPOSING ATTORNEY:** Evan S. Rothfarb

[name of attorney, with firm, address, phone number and e-mail]

Steptoe LLP
2029 Century Park East, Ste. 980, Los Angeles, CA 90067
(213) 439-9585 jstrickland@steptoe.com

Schlanger Law Group, LLP
60 East 42nd Street, 46th Floor, New York, NY 10165
(212) 500-61114 erothfarb@consumerprotection.net

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
✔ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ✔ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ✔ Don't Know

Is oral argument on motion requested? ☐ Yes ✔ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ✔ Yes ☐ No If yes, enter date: November 4, 2025

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**
/s/ Julia B. Strickland   Date: 9/12/2025   Service by: ✔ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

DOCKET NO. 24-1914

Sari E. Newman,

    Plaintiff - Appellant,

v.

JPMorgan Chase Bank, N.A.,

    Defendant - Appellee.
_____/

## MOTION TO POSTPONE ORAL ARGUMENT

Defendant-Appellee JPMorgan Chase Bank, N.A. ("Appellee"), by and through undersigned counsel, moves to briefly postpone the oral argument currently scheduled in this case for November 4, 2025. Pursuant to Local Rule 34.1(e), Appellee requests that oral argument be rescheduled from November 4, 2025, to any of the following dates: November 6-7, 2025, or November 10-14, 2025.

Appellee requests the extension due to a conflict of lead counsel. *See* accompanying Declaration of Julia B. Strickland, attached as Exhibit A. Under Local Rule 34.1(e), the Court may grant a motion to postpone oral argument "on a showing of extraordinary circumstances." As set forth in Exhibit A, lead counsel who will be arguing this appeal has a preexisting conflict with an annual firm partnership meeting and is important for lead counsel to attend due to the matters that will be presented for a vote during that meeting.

Counsel for Appellee has notified counsel for Plaintiff-Appellant Sari E. Newman ("Appellant") about the relief requested in this motion and has conferred via email with counsel

for Appellant. Counsel for Appellant has stated that they are likely available on November 6, 2025, and will confirm whether they are available shortly. Counsel for Appellant also stated that they are unavailable November 10-14, 2025. Appellee is filing this motion now in an abundance of caution to bring this conflict for Appellee to the Court's attention.

## RELIEF REQUESTED

WHEREFORE, the Appellee respectfully requests that the Court grant this Motion to Postpone Oral Argument and reschedule the oral argument in this case from November 4, 2025, to any of the following dates: November 6-7, 2025, or November 10-14, 2025.

Dated: September 12, 2025          Respectfully submitted,

By:   */s/ Julia B. Strickland*
      Julia B. Strickland
      STEPTOE LLP
      2029 Century Park East, Ste. 980
      Los Angeles, CA 90067
      Telephone: (213) 439-9585
      jstrickland@steptoe.com
      docketing@steptoe.com

      *Attorneys for Defendant-Appellee*
      JPMorgan Chase Bank, N.A.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 12, 2025, a true and correct copy of the foregoing was served via electronic mail to the following counsel of record:

Evan S. Rothfarb, Esq.
Schlanger Law Group, LLP
60 East 42nd Street, 46th Flr
New York, NY 10165
Telephone: (212) 500-6114
Email: erothfarb@consumerprotection.net

*Attorneys for Plaintiff-Appellant*

                                           */s/ Julia B. Strickland*
                                           Julia B. Strickland

# EXHIBIT A

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

DOCKET NO. 24-1914

Sari E. Newman,

    Plaintiff - Appellant,

v.

JPMorgan Chase Bank, N.A.,

    Defendant - Appellee.
_____/

### DECLARATION OF JULIA B. STRICKLAND IN SUPPORT OF MOTION TO POSTPONE ORAL ARGUMENT

I, Julia B. Strickland, hereby declare as follows:

1. I am admitted to practice before this Court and am the partner at Steptoe LLP responsible for the representation of Defendant-Appellee JPMorgan Chase Bank, N.A. ("Appellee") in the above-entitled action. The facts set forth herein are based on my personal knowledge, and, if called as a witness, I could and would competently testify thereto. I submit this declaration in support of the Motion to Postpone Oral Argument ("Motion").

2. On Wednesday, September 10, 2025, the Court issued a notice setting this case for oral argument on November 4, 2025.

3. I have a prescheduled commitment to attend an annual firm partnership meeting for Steptoe LLP in Washington, D.C. on November 4, 2025. This is a preexisting obligation that was scheduled before the Court scheduled the oral argument in this matter and is important for me to attend because of the nature of the matters that will be presented for a vote during the

partnership meeting. Accordingly, I believe this constitutes a showing of extraordinary circumstances to postpone the oral argument in this matter.

  4. I am available on any of the following dates: November 6-7, 2025, or November 10-14, 2025.

  5. This is Appellee's first request to postpone the oral argument in this matter.

  6. If granted, the postponement will not cause undue delay in the disposition of this appeal because Appellee only seeks a postponement of a few days.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 12th day of September 2025.

                 /s/ *Julia B. Strickland*
                 Julia B. Strickland

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 12, 2025, a true and correct copy of the foregoing was served via electronic mail to the following counsel of record:

Evan S. Rothfarb, Esq.
Schlanger Law Group, LLP
60 East 42nd Street, 46th Flr
New York, NY 10165
Telephone: (212) 500-6114
Email: erothfarb@consumerprotection.net

*Attorneys for Plaintiff-Appellant*

                                              */s/ Julia B. Strickland*
                                              Julia B. Strickland